# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS C. HUNT

NO. 2019 KW 0647

August 13, 2019

---

In Re:    Dennis C. Hunt, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-19-0016.

---

**BEFORE:    McDONALD, CRAIN, AND CHUTZ, JJ.**

    **WRIT DENIED.** A hearing on the motions is set for August 21, 2019; and thus, the court is proceeding toward disposition of relator's "Motion to be Released from Bail Obligation Pursuant to La. C.Cr.P. Art 701 B(1)(a); Motion for Contemporaneous Release for Violation of La. C.Cr.P. Art 230.2 A., B., et. seq."

JMM
WJC
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT